IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DALE BOWMAN and SHERI
BOWMAN,

Petitioners,

v.

JACK H. ROBINSON and
MARTHA I. ROBINSON, husband
and wife,

Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D12-4038

Opinion filed July 9, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Michael R. Yokan, Jacksonville, for Petitioners.

Lawrence J. Bernard, Jacksonville; Michael J. Korn of Korn & Zehmer, P.A., Jacksonville, for Respondents.

PER CURIAM.

DISMISSED.

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.